UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BERNARION VANLEER,<br><br>Plaintiff,<br><br>v.<br><br>TRACY JAY FALLON, *et al.*,<br><br>Defendants. | Case No. 25-cv-10861<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING AMENDED COMPLAINT**
**(ECF NO. 68)**

Plaintiff Bernarion VanLeer, a prisoner proceeding pro se, brings this action under 42 U.S.C. § 1983 against Defendants Tracy Jay-Fallon and Barbara Newland based on allegedly false parole violations. ECF No. 1; ECF No. 62, PageID.352-353. The Honorable Terrence G. Berg referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 14.

The Court entered a scheduling order, with a pleading amendment deadline of June 29, 2026, and a discovery deadline of September 29, 2026. ECF No. 54. No extensions were requested. Defendants timely

moved for summary judgment on October 26, 2026, and VanLeer filed an amended complaint the next day. ECF No. 63; ECF No. 65.

Federal Rule of Civil Procedure 15(a)(1) permits a plaintiff to amend a complaint “once as a matter of course within 21 days after serving it” or “21 days after service of a responsive pleading.” Rule 15(a)(1) (cleaned up). Defendants answered the complaint in April 2026. ECF No. 53. More than 21 days have passed since that time; thus, VanLeer was not entitled to file an amended complaint under Rule 15(a)(1). And Akrawi has neither moved for leave to amend his complaint under Rule 15(a)(2), nor shown good cause under Federal Rule of Civil Procedure 16(b)(4) for trying to amend his complaint after the deadline set by the Court. Because the amended complaint is unauthorized, the Court **STRIKES** it. ECF No. 65.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: November 2, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous

or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 2, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager